# United States District Court
## For The Western District of North Carolina
## Charlotte Division

David E. Simpson,

    Petitioner,                       JUDGMENT IN A CIVIL CASE

vs.                                          3:09cv229

Union County District Attorney,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/16/2009 Order.

                                            Signed: June 16, 2009

                                            Frank G. Johns, Clerk
                                            United States District Court